No. 6595.—González, et al., apltes., v. González, apldos.—C. D. Humacao. ▬▬▬▬▬▬▬ Junio 28, 1934.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, la parte apelada solicita la desestimación del recurso porque el alegato de la parte apelante no se ajusta a las reglas de esta Corte;

Por cuanto, ambas partes fueron oídas en la vista de la moción reconociendo la apelante la existencia de los defectos apuntados por la apelada y presentando luego otro alegato en que dice corregirlos;

Por cuanto, la parte apelada se opone a la admisión del nuevo alegato sosteniendo que contiene los mismos defectos que el anterior; y

Por cuanto, examinado el nuevo alegato por nosotros mismos creemos que aunque no podría presentarse como un modelo de ajuste a las reglas de este Tribunal, es suficiente:

Por tanto, el Tribunal, en el ejercicio de su discreción, permite la sustitución del primitivo alegato por el últimamente presentado y declara sin lugar la moción de desestimación.